# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States of America,	Cr. 09-329(PGS)

v.	O R D E R

Marcelo Leon-Elias
    Defendant

It is on this 3rd day of September, 2009,

It is ordered the Mr. Marcelo Leon-Elias sentenced to time served for reasons expressed on the record.

_____
PETER G. SHERIDAN, U.S.D.J.